IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
FEB 05 2018
James N. Hatten, Clerk
By: /s/ Deputy Clerk

MICHAEL BARNES,[1]

    Plaintiff

v.

SENSORMATIC ELECTRONICS, LLC,

    Defendant

CIVIL ACTION FILE NO.
1:16-CV-3121-ODE-CMS

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Catherine M. Salinas filed December 12, 2017 [Doc. 40] ("R&R"). No objections have been filed.

In the R&R, Judge Salinas recommends that Defendant's Motion for Summary Judgment be granted. After a thorough analysis, Judge Salinas found that Defendant is entitled to summary judgment on both of Plaintiff's claims: ADEA discrimination (failure to hire) and retaliation.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Defendant's Motion for Summary Judgment [Doc. 31] is GRANTED.

SO ORDERED, this 5 day of February, 2018.

                              ORINDA D. EVANS
                              UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Michael A. Barnes is proceeding pro se.